PEDERSIN, Respondent, v. LEONHARD MICHEL BREWING CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1914.) Action by John S. Pedersin against the Leonhard Michel Brewing Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce the amount of the verdict to $9,000, in which case the judgment, as so reduced, and the order, are unanimously affirm-

ed, without costs. Motion for leave to appeal to Court of Appeals granted, 147 N. Y. Supp. 1131. See, also, 156 App. Div. 383, 141 N. Y. Supp. 399.